**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **BHUPAL SINGH,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1620-R** |
| | ) | |
| **CHRIS GANTT,** | ) | |
| | ) | |
| **Respondents.** | | |

## ORDER

Petitioner, a noncitizen, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement. Before the Court is the Report and Recommendation of United States Magistrate Judge Amanda L. Maxfield [Doc. No. 12] recommending that the Petition be granted in part. Respondents filed a Response [Doc. No. 13] reasserting their opposition to *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026) but otherwise agreeing with Judge Maxfield's recommendation. Petitioner did not file an objection and has therefore waived the right to appellate review of the factual and legal issues addressed in the Report. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2020).

Accordingly, the Report and Recommendation [Doc. No. 12] is ADOPTED and, for the reasons stated therein, the Petition for Writ of Habeas Corpus is GRANTED in part. Respondents are directed to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within seven days or release Petitioner. Respondents shall certify compliance with this order.

IT IS SO ORDERED this 11th day of August, 2026.


DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE